THE SUBURBAN LAND IMPROVEMENT COMPANY AND REAL ESTATE ASSOCIATES, PLAINTIFFS IN ERROR, v. THE MAYOR AND COMMON COUNCIL OF THE BOROUGH OF VAILSBURGH, IN THE COUNTY OF ESSEX, DEFENDANTS IN ERROR.

Argued June 23, 1902—Decided November 17, 1902.

1. A decision of a question of fact decided by the Supreme Court upon *certiorari* is binding upon this court.
2. A question not raised by the reasons assigned by the prosecutor will not be decided.

On error to the Supreme Court. The opinion of that court is reported in 38 *Vroom* 461.

For the plaintiffs in error, *Elwood C. Harris.*

For the defendants in error, *J. Randolph Woodruff* and *Herbert Boggs.*

The opinion of the court was delivered by

GARRISON, J. The substance of this litigation is set out in the opinion delivered in the Supreme Court. 38 *Vroom* 461. That opinion disposes of the only issues presented by the reasons assigned by the prosecutor for the annulment of the

ordinance in question, which were that the defendants had not the power to require the construction of a sidewalk where one already existed, and that to do so in the present case was an unreasonable exercise of such power. The first is a decision upon matter of law, in which we concur; the second is a finding of fact, by which we are bound.

Whether the ordinance was void for uncertainty in the description of the work that it imposed in the first instance upon the prosecutor was not dealt with in the court below, and cannot be decided here, because it is not covered by any of the reasons that were assigned. The judgment of the Supreme Court is affirmed, with costs.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, DIXON, GARRISON, COLLINS, HENDRICKSON, PITNEY, VOORHEES. 8.

*For reversal*—ADAMS, VREDENBURGH, VROOM. 3.